**Order filed May 1, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00230-CV
_____

**NANNETTE DULCIE, Appellant**

**V.**

**GUARDIAN TRANSFER STORAGE CO. INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1039132**

---

## O R D E R

The notice of appeal in this case was filed March 17, 2014. The clerk's record was filed April 28, 2014. To date, the filing fee has not been paid. The trial court sustained the contest to appellant's affidavit of indigence. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee the clerk of this court on or before **May 15, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM